## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| STACEY PRIBYL, | Civil No. 08-0606 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER** |
| LCM PATHOLOGISTS, PC, | |
| Defendant. | |

_____

Mary Kay Kolar, **HANSEN DORDELL BRADT ODLAUG & BRADT, PLLP**, 3900 Northwoods Drive, Suite 250, St. Paul, MN 55112, for plaintiff.

Bryon Ascheman and Richard Thomas, **BURKE & THOMAS, PLLP**, 3900 Northwoods Drive, Suite 200, St. Paul, MN 55112, for defendant.

Based on the stipulation of dismissal with prejudice filed by the parties on January 12, 2009 [Docket No. 8],

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby dismissed with prejudice, on the merits, and without further cost to any of the parties or their attorneys.

DATED: January 12, 2009
at Minneapolis, Minnesota.

                                                                  s/John R. Tunheim
                                                  JOHN R. TUNHEIM
                                         United States District Judge